### DODGE et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 9, 1896.)

No. 2,325.

CUSTOMS DUTIES—CLASSIFICATION—LIQUID CAMPHOR REFUSE.
    Liquid camphor refuse, the substance obtained, by drainage, from crude camphor, and used for the manufacture of camphor oil, is dutiable, under paragraph 60 of the tariff act of 1894, as an oil, and is not entitled to free entry, under paragraph 429, as "camphor, crude."

This was an appeal by Dodge & Olcott from a decision of the board of general appraisers, sustaining the classification, by the collector of the port of New York, of certain merchandise imported by them. The merchandise was invoiced as "camphor refuse," and appeared to be known as such, or as "liquid camphor refuse," being a liquid which drips from the crude camphor, and from which an essential oil, known as "camphor oil," is made, but from which no refined camphor is obtained. The collector classified it under paragraph 60 of the tariff act of 1894, as an oil. The importers claimed that it should be free, under paragraph 429 or under paragraph 470, as a drug, gum, gum resin, or otherwise, or under paragraph 558, as a vegetable substance, or, if dutiable at all, dutiable only under paragraph $10\frac{1}{2}$ or paragraph $16\frac{1}{2}$.

Comstock & Brown, for plaintiffs.
Henry D. Sedgwick, Asst. U. S. Atty.

WHEELER, District Judge. The act of 1894 provides for a duty on: "60. Products or preparations known as alkalies, alkaloids, distilled oils, essential oils, expressed oils, rendered oils, and

all combinations of the foregoing;" and puts on the free list: "429. Camphor, crude." The importation appears to be an essential oil. It comes with crude camphor from the tree, and is separated from the camphor crystals by drainage. It is expressed from them by gravitation, and is in some sense an expressed oil. It has been classified under paragraph 60, as an oil, against a protest that it belongs under 429, as camphor, crude. Camphor, crude, implies what may become camphor, refined. This oil, although it may be called "camphor oil" because of its origin, contains no camphor, and can never become camphor. It is not in fact, nor is it called, camphor, crude. Decision of general appraisers affirmed.